UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # 6

Torio

-v-

Johanns, et al

USCA NO. _____

SDNY NO. 07cv 7652

JUDGE: KMW

DATE: Sept. 28, 2007

INDEX TO THE RECORD ON APPEAL

*U.S. DISTRICT COURT SEP 28 2007 S.D.*

PREPARED BY (NAME) THOMAS PISARCZYK
FIRM APPEALS SECTION
ADDRESS UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY
500 PEARL STREET, NEW YORK, NEW YORK 10007
PHONE NO. (212) 805-0636

DISTRICT COURT DOCKET ENTRIES ----------------------------------------------------------

DOCUMENTS                                                                           DOC#

Clerk's Certificate

See Attached List of Numbered Documents

( ✓ ) Original Record                                         (_____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 28th Day of Sept., 2007.

**United States District Court for
the Southern District of New York**

Date: Sept. 28, 2007

U.S.C.A. # _____

U.S.D.C. # 07cv 7652

-----------------------------------------------

Terio

-v-

Johanns, et al

-----------------------------------------------

D.C. JUDGE KMW

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**          **Document Description**

_____
_____
_____
_____
_____
_____
_____
_____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 28th Day of Sept In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
         Deputy Clerk

APPEAL, CLOSED

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07-cv-07652-KMW
## Internal Use Only

Terio v. Johanns et al
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Civil Rights Act

Date Filed: 08/28/2007
Date Terminated: 08/28/2007
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 08/28/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Vincent Terio.(laq) (Entered: 09/05/2007) |
| 08/28/2007 | 2 | COMPLAINT against Michael Johanns, Michael J. Piazza, Jr, Grainger. Document filed by Vincent Terio.(laq) (Entered: 09/05/2007) |
| 08/28/2007 |  | Magistrate Judge Gabriel W. Gorenstein is so designated. (laq) (Entered: 09/05/2007) |
| 08/28/2007 | 3 | ORDER OF DISMISSAL,,,The Court grants plaintiff's request to proceed in forma pauperos, but dismiss the action as set forth within. Accordingly, the action is dismissed sua sponte because it fails to state a claim on which relief may be granted. 28 U.S.C.1915(e)(2)(B)(ii). Plaintiff is hereby warned that should he continue to file frivilous actions, he may be barred from filing future actions in forma pauperis without first seeking leave from this Court. The Court certifies pursuant to 28 U.S.C.1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 8/28/7) (laq) (Entered: 09/05/2007) |
| 08/28/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 8/28/7) (laq) (Entered: 09/05/2007) |
| 09/13/2007 | 5 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint), Judgment - Sua Sponte (Complaint). Document filed by Vincent Terio. Copies mailed to the attorneys of record: U.S. Attorneys Office. (dt) (Entered: 09/27/2007) |
| 09/13/2007 |  | Appeal Remark as to [5] Notice of Appeal filed by Vincent Terio. I.F.P. REVOKED 82/28/07. $ 455.00 APPEAL FILING FEE DUE. (dt) (Entered: 09/27/2007) |
| 09/27/2007 |  | Transmission of Notice of Appeal to the District Judge re: [5] Notice of Appeal. (dt) (Entered: 09/27/2007) |
| 09/28/2007 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [5] Notice of Appeal. (tp) (Entered: 09/28/2007) |