MANDATE

S.D.N.Y.-N.Y.C.
07-cv-7652
Wood, C.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

———————————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 16th day of November , two thousand seven,

Present:

Hon. Robert A. Katzmann,
Hon. Richard C. Wesley,
*Circuit Judges.*\*

———————————

Vincent R. Terio,

*Plaintiff-Appellant,*

v.                                                          07-4218-cv

Michael Johanns, Secretary of Agriculture, *et al.*,

*Defendants-Appellees.*

———————————

Appellant, *pro se,* moves for leave to proceed *in forma pauperis.* Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See Neitzke v. Williams,* 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By:

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by
DEPUTY CLERK

\* The Honorable Thomas J. Meskill, who was a member of this panel, died prior to decision on this motion, and the motion is being decided by the remaining two members of the panel, who are in agreement. See 2d Cir. Interim R. § 0.14(b).

ISSUED AS MANDATE: 12/18/07

UNITED STATES COURT OF APPEALS
FILED
NOV 16 2007
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

NOV 16 2007